No. 04–8195. BRYANT v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 04–8196. BELTON v. KEMPKER ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–8199. WILDIN v. THOMPSON. C. A. 9th Cir. Certiorari denied.

No. 04–8200. THINH TRAN v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 04–8213. LLOYD v. HICKMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8220. SMITH v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–8222. NORTON v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 04–8242. OLDHAM v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 04–8254. J. D. v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04–8258. PULFORD v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 04–8265. BARBER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–8267. AMES v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 04–8268. ABBOTT v. BLADES, WARDEN. Sup. Ct. Idaho. Certiorari denied.

No. 04–8269. BOLDT v. BOLDT. Sup. Ct. Ore. Certiorari denied.

No. 04–8270. ALBERT v. MINNEAPOLIS PUBLIC HOUSING AUTHORITY. Sup. Ct. Minn. Certiorari denied.